**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-cr-00218-MOC-DCK-1**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK O'BRIAN ARTIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence.[1] (Doc. No. 47).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: May 17, 2021

Max O. Cogburn Jr.
United States District Judge

---

[1] Although styled as a motion for compassionate release, Defendant's motion appears in substance to be a successive petition under 28 U.S.C. § 2255.