UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00218-MOC-DCK-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK O'BRIAN ARTIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act of 2018.[1] (Doc. No. 56).

### ORDER

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

To the extent Defendant requests appointment of counsel, the request is denied, as he has no constitutional right to counsel in assisting him with filing a post-conviction motion to vacate or reduce sentence. See Pennsylvania v. Finley, 481 U.S. 551, 554 (1987); Hunt v. Nuth, 57 F.3d 1327, 1340 (4th Cir. 1995).

.

Signed: October 26, 2022

Max O. Cogburn Jr.
United States District Judge

---

[1] Defendant appears to be bringing the same arguments he raised in an earlier motion for compassionate release and in prior Section 2255 motions to vacate, and the Court has already rejected Defendant's arguments. In any event, because Defendant cites recent Supreme Court law and an Executive Order, the Court will require the Government to file a response.