UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00218-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| PATRICK O'BRIAN ARTIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration (Doc. No. 60) of the Court's prior Order (Doc. No. 59) denying his Motion to Reduce Sentence Pursuant to First Step Act of 2018 (Doc. No. 56) based on failure to exhaust administrative remedies.

**ORDER**

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion. Specifically, the Government shall address Defendant's contention that he has exhausted his administrative remedies and the Court can therefore address his claims on the merits.

.

Signed: January 4, 2023

Max O. Cogburn Jr
United States District Judge