UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00218-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PATRICK OBRIAN ARTIS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction under 18 U.S.C. § 3582. (Doc. Nos. 66, 67).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

Signed: March 21, 2024



Max O. Cogburn Jr.
United States District Judge

1